1010

[No. 5881–2–II. Division Two. November 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD HAWKES, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 80–1–00009–1, John H. Kirkwood, J., entered July 2, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6055–8–II. Division Two. November 23, 1983.]

ELLEN L. JOHNSON, *Appellant,* v. FRANK L. JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 298185, Thomas A. Swayze, Jr., J., entered December 3, 1981. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 10365–2–I. Division One. November 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JONATHAN SANDY WATSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–03532–7, Frank D. Howard, J., entered June 3, 1981. *Reversed in part* and *remanded* by unpublished per curiam opinion.

[Nos. 11794–7–I; 11815–3–I. Division One. November 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL GORDON McLAREN, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 80–1–02462–7, 81–1–03461–2, Liem E. Tuai and Anthony P. Wartnick, JJ., entered May 4, 1982, and November 19, 1980. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Callow and Scholfield, JJ.